IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERKO INVESTMENTS, LLC, ROBERT BERKOWITZ, BERK-LIN, INC., AND 255 VENTURE INN, INC. Plaintiffs, v. STATE NATIONAL INSURANCE COMPANY, INC. Defendant. | : : : : : : : : : : : | CIVIL ACTION NO. 08-2609 |

**O R D E R**

**AND NOW**, this 19th day of July, following a non-jury trial on June 1, 2010 and June 2, 2010, based on the Findings of Fact and Conclusions of Law in the Court's July 19, 2010 Memorandum, the Court **FINDS** in **FAVOR** of defendant, State National Insurance Company, Inc., and against plaintiffs Berko Investments, LLC, Robert Berkowitz, Berk-Lin, Inc., and 255 Venture Inn, Inc, and **ENTERS JUDGMENT** in **FAVOR** of defendant and **AGAINST** plaintiffs.

BY THE COURT:

/s/ Jan E. DuBois, J.

**JAN E. DUBOIS, J.**